THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GEORGE HOEY MORRIS, #11672-002, )
)
    Plaintiff, )
)
v. ) 2:09-CV-1085-TMH
) [WO]
)
THOMAS CORAM, JR., *et al.*, )
)
    Defendants. )

# **ORDER**

On December 10, 2009, the Magistrate Judge filed a Recommendation (Doc. 4) in this case. Objections to the Recommendation were originally due on December 28, 2009, and Plaintiff received an extension to file objections through January 29, 2010. (Doc. 10.) On February 2, 1010, Plaintiff filed a Notice to the Court (Doc. 11), which was construed by the Court as an objection. However, the Notice/objection does not provide any grounds or reasons for his objection. Therefore, the purported objection is without merit.

Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.     The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED, and

2.     The claims arising from the conduct and/or actions of Defendants which occurred on or before October 6, 2006 and/or October 31, 2006 be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(A)(b)(1) as the complaint is not filed within

the time prescribed by the applicable period of limitations:

3. To the extent Plaintiff's complaint challenges the constitutionality of his convictions and/or sentences entered against him by this court in Criminal Number 2:05-CR-108-LSC (M.D. Ala.) and/or 2:06-CR-218-MHT (M.D. Ala), these claims be DISMISSED in accordance with the directives of 28 U.S.C. § 1915(A)(b)(1); and

4. This case be DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(A)(b)(1).

An appropriate judgment will be entered.

Done this 4th day of March, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE